Justin Sadowsky
4424 25th Street N, Arlington, VA  22207
Email: sadowsky@gmail.com
Phone: (646) 785-9154

## Experience

**Chinese American Legal Defense Alliance,** Arlington, VA     2025-Present
*Legal Director*
- Manage civil rights practice challenging state and federal laws targeting Chinese Americans and Chinese people in the United States

**Council on American-Islamic Relations Legal Defense Fund,** Washington, DC     2019-Present
*Senior Litigation Attorney* (2024-present), *Trial Attorney* (2019-2024)
- Civil rights, prisoners' rights, and appellate litigation practice on behalf of Muslim-Americans in federal courts throughout the United States
- Co-manage litigation team with Deputy Director
- Take depositions, draft and argue motions and appeals, direct and cross witnesses at trial, and otherwise act as core member of litigation team
- Lobby Congress and perform senior duties on CAIR outreach and advocacy
- Media appearances (quoted or appeared on various major publications or networks)

**Of Counsel Practice,** Arlington VA     2014-2019

**Saul Ewing**, LLP, Washington, DC     2010-2014
*Litigation Associate*

**White & Case LLP**, Washington, DC     2006-2009
*Litigation Associate*

**U.S. Court of Appeals for the Federal Circuit**, Washington, DC     2005-2006
*Law Clerk to the Hon. Daniel M. Friedman*

## Education

**Columbia Law School**, New York, NY
*Juris Doctor*, 2005
James Kent Scholar (approx. top 1-3% of class in academic year)
Articles Editor, Columbia Journal of Transnational Law

**Ross School of Business, University of Michigan**, Ann Arbor, MI
*Bachelors in Business Administration, High Honors*, 2002
Concentrations in Business Economics, Finance, and International Business

Admissions:     DC, Virginia; US Supreme Court; Fourth, Fifth, Sixth, Ninth, Eleventh, and Federal Circuits; EDVa, DMd, DDC, EDMi, EDArk, NDTex, NDIll, EDMo.

## ADDENDUM OF REPRESENTATIVE ENGAGEMENTS

▪ Trial and appellate counsel with lead briefwriting and argument duties in *Holt v. Payne*, 19-cv-81 (trial), 22-cv-553 (evidentiary hearing), 24-cv-74 (E.D. Ark.), 22-01809 (from 19-cv-81) (8th Cir.); *Elmazjoub v. Davis*, 19-cv-00196 (D. Nev.), *Omeish v. Kincaid*, 21-cv-00035 (E.D. Va.), 22-1826, 22-1878, 22-1936 (*argued*) (4th Cir.); *Snowden v. PG County*, 18-cv-00160 (D. Md.), *Jama v. Ball*, 23-cv-3705 (D. Minn.), and other prisoner's rights and RLUIPA cases.

▪ Drafted appellate and rehearing watchlist-related briefs in *Fikre v. FBI*, 20-35904 (9th Cir.) (recently affirmed by Supreme Court), *Long v. Garland*, 20-1406, 24-1403 (4th Cir.) (*argued*); *Elhady v. Bradley*, 20-1339 (6th Cir.) (*argued*); *Khalid v. Bondi*, 23-1150, 24-5091 (D.C. Cir.). Drafted trial briefs in numerous watchlist cases. Part of Supreme Court *Fikre* team.

▪ Drafted legal arguments in summary judgment briefing in landmark decision declaring Terrorism Screening Database violates Fifth Amendment Due Process Clause in *Elhady v. Kable*, 391 F. Supp. 3d 562 (E.D. Va. 2020); primary drafter of Brief of Appellees and petition for rehearing en banc, 20-1119, 20-1311 (4th Cir.).

▪ Drafted dispositive and appellate briefs First Amendment challenge anti-BDS litigation in Texas, *Amawi v. Pflugerville ISD*, 373 F. Supp.3d 717 (W.D. Tex. 2019), 19-50384, 21-5036 (*argued*) (5th Cir.), Maryland, *Ali v. Hogan*, 19-cv-78 (D. Md.), and Georgia, *Martin v. Wrigley*, 20-cv-596 (N.D. Ga.).

▪ Drafted briefs and argued First Amendment challenge to Governor DeSantis's attempt to remove Students for Justice in Palestine, *USF SJP v. DeSantis*, 23-cv-275 (N.D. Fl.).

▪ Conceived and drafted primary argument for petition for rehearing en banc in *Stolt-Nielsen SA v. Animalfeeds Int'l Corp.*, No. 06-3474-cv (2d Cir.), involving class arbitration under FAA; conceived argument for successful petition for certiorari in same, 559 U.S. 662 (2010).

▪ Drafted both successful applications for award in record-breaking SEC whistleblower award, *In the Matter of the Claims for Award*, File No. 2018-6, Release No. 82897 (Mar. 19, 2018).

▪ Drafted Title VII appeal in *Stanley v. ExpressJet*, No. (6th Cir.), involving preemptive effect of Railroad Labor Act as well as what an undue hardship is for religious accommodations.

▪ Drafted briefs in *Cherry v. Baltimore*, 762 F.3d 366 (4th Cir. 2014), and *Van Houten v. Fort Worth*, 827 F.3d 530 (5th Cir. 2016), concerning constitutionality of pension reforms under Contract and Takings Clauses; drafted petitions for certiorari in same.

▪ Drafted amicus brief in *Jones v. United States*, 135 S. Ct. 8 (2014), concerning whether increased sentencing range based on facts found by judge violates Sixth Amendment. Supreme Court journalist Lyle Denniston stated he was "very much impressed" with brief's "scholarship and its force."

▪ Drafted amicus brief in *Hernandez v. Mesa*, 1, 17-1678 (U.S.). *Legal Writing Pro* named brief one of the top ten written briefs of early OT 2019 term, one of only two not written by a major law firm.

▪ Drafted petition for certiorari in *Baltimore County v. EEOC*, 135 S. Ct. 436 (2014).

▪ Drafted successful merits briefs for intervener-appellant in *Kyocera v. ITC*, 545 F.3d 1340 (Fed. Cir. 2008), involving authority of ITC under APA to issue limited exclusion for downstream products.

▪ Devised successful remove-and-dismiss strategy, and drafted all briefs, to defeat vexatious litigation and brought against CAIR by right-wing activist Laura Loomer, and obtain fees, in *Illoominate Media v. CAIR Florida*, 19-cv-81179 (S.D. Fla. 2019), *aff'd*, 841 F. App'x 132 (11th Cir. 2020), 2022 WL 4589357 (11th Cir. 2022).

▪ Conceived and drafted primary argument for petition for rehearing en banc in *Stolt-Nielsen SA v. Animalfeeds Int'l Corp.*, No. 06-3474-cv (2d Cir.), involving class arbitration under FAA; conceived argument for successful petition for certiorari in same, 559 U.S. 662 (2010).

▪ Part of team obtaining full dismissal of indictment in *United States v. Stolt-Nielsen*, 524 F. Supp. 2d 586 (E.D. Pa. 2007), where DOJ alleged breach of antitrust amnesty agreement.

▪ Part of arbitration team disputing lease valuation of principal container terminal in Port of Philadelphia in *PRPA v. Astro Holdings, Inc.*, No. 14-115-01555-12 (AAA 2013).

▪ Part of trial team; drafted motions *in limine*, prepared counsel and expert witnesses for trial and *Daubert* hearings, and advised counsel on legal, evidentiary, valuation, and financial issues, in month-long trial before Bankruptcy Court of the District of Columbia in *Alberts v. HCA, Inc.*, 04-10366 (Bankr. D.D.C.).