UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YISI WANG, *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:25-cv-03103 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| KEN PAXTON, | § | |
| Defendant. | § | |
| | § | |

# ORDER

The motion by Plaintiffs Yisa Wang, Peng Wang, and Qinlin Li seeking a preliminary injunction is denied without prejudice insofar as it presently requests expedited action without appearance or response by Defendant Ken Paxton in his capacity as Texas Attorney General. Dkt 4.

On July 3, 2025, Plaintiffs brought a class-action complaint seeking to enjoin enforcement of certain provisions of Texas Senate Bill 17 that, in general, will prevent the acquisition of interests in real property by individuals and entities associated with certain foreign countries deemed to pose national security risks. Dkt 1. With that filing, they also brought a motion for preliminary injunction upon assertion that irreparable harm is imminent. Dkt 4. And in doing so, they request that a ruling be entered by September 1, 2025, when SB 17 is set to take effect. Id at 19.

Preliminary injunctions are "extraordinary" remedies that are "not to be granted routinely, but only when the movant, by a clear showing, carries the burden of persuasion." *White v Carlucci*, 862 F2d 1209, 1211 (5th Cir 1989). And without a showing that *ex parte* treatment is

warranted, defendants are entitled to "opportunity to present their objections." *Mullane v Central Hanover Bank & Trust Co*, 339 US 306, 314 (1950) (also stating it as "elementary and fundamental requirement of due process" for parties to be given fair notice and opportunity to respond).

Defendant has apparently been served as of July 9, 2025. Dkt 8.

Nothing presented thus far suggests that emergency treatment is necessary or appropriate without full participation and response by Defendant.

The motion by Plaintiffs Yisa Wang, Peng Wang, and Qinlin Li seeking a preliminary injunction is DENIED WITHOUT PREJUDICE insofar as it requests expedited consideration. Dkt 4.

The parties are ORDERED to confer on a schedule for briefing and argument and to submit a joint status report in that regard when ready. Normal procedural deadlines shall otherwise apply unless and until an alternate order is requested and obtained.

SO ORDERED.

Signed on July 16, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge