UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YISI WANG, *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:25-cv-03103 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| KEN PAXTON, | § | |
| Defendant. | § | |

## ORDER

The motion by Plaintiffs with respect to the recent order denying their *ex parte* motion for preliminary injunction is GRANTED to the extent that it requests clarification. It is DENIED to the extent that it also requests reconsideration. Dkt 10.

Plaintiffs suggest that they don't understand what briefing deadlines currently pertain as to their motions for class certification and preliminary injunction. Id at 3–4. The Court's prior order is clear that normal procedural deadlines apply unless and until an alternate order is requested and obtained, and that Plaintiffs are to confer with Defendant as to a schedule for briefing and argument. Dkt 9 at 2. As such, nothing in that prior order disturbed normal briefing deadlines. And just as clearly, the merits of those underlying motions weren't denied or resolved.

The present motion states that Defendant's answer date is August 8, 2025. Dkt 10 at 3. But it also indicates that Plaintiffs are having difficulty in reaching a legal representative of Defendant Ken Paxton, although it is quite unclear the extent to which such efforts exhibit the requisite actual diligence. Id at 2–3.

To the extent they haven't done so already, Plaintiffs are ORDERED to immediately serve this and the prior order of this Court (Dkt 9) on Defendant, along with their complaint and motions for class certification and preliminary injunction (Dkts 1, 3 & 4).

It is further ORDERED that this matter is now set for a status conference on August 6, 2025, at  3:30  pm.

The status conference will proceed by videoconference. The Case Manager will provide connection details in advance. Plaintiffs must provide to her contact information for Defendant if no appearance has been made on the record in advance of the conference.

For the avoidance of doubt, the Court intends to hold hearing and rule on the pending motion for preliminary injunction (along with any aspect of the motion for class certification necessary in that regard) in advance of the effective date of SB 17 on September 1, 2025.

SO ORDERED.

Signed on July 23, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge