IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENG WANG, QINLIN LI, and YISI WANG<br><br>    *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, Attorney General Texas, in his Official Capacity, only.<br><br>    *Defendant.* | CIVIL ACTION NO.4:25-cv-3103 |

### JOINT REPORT OF CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now the Parties in the present lawsuit and present this Joint Report of Conference in the above-entitled and numbered cause, respectfully showing the following:

On July 9, 2025, Plaintiffs served defendant Ken Paxton in this matter. Defendant is filing responsive pleadings tomorrow, July 30, 2025. Plaintiffs are intending to reply to the Response to the Motion for Preliminary Injunction by August 4, 2025.

The parties do not believe that discovery will be necessary to present arguments on the Motion for Preliminary Injunction. The parties are available for a hearing on the Motion for Preliminary Injunction if the court believes a hearing would be helpful, otherwise the parties are willing to submit the matter for decision without hearing. If the court believes a hearing is necessary, the parties would request that it be held by videoconference and Plaintiffs would like for the hearing to occur prior to August 22, 2025.

If this matter proceeds past the preliminary motions stage, the parties do not currently foresee a need for discovery beyond the initial disclosures. In the event that this changes for either party, then the parties will have another conference and inform the court of a proposed schedule.

1

Date: July 29, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

/s/ Keith Ingram
BRIAN KEITH INGRAM
Special Counsel
Texas State Bar No. 00787746
SDTX No. 196534
Keith.Ingram@oag.texas.gov

STEVEN LOOMIS
Special Counsel
Texas State Bar No. 00793177
Steven.Loomis@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR THE STATE OF TEXAS

/s/ Justin Sadowsky (with permission)
Justin Sadowsky
SDTX 3713277
VA Bar 73382
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
4250 N. Fairfax Drive #600
Arlington, VA 22203
646-785-9154 (no fax number)
justins@caldausa.org

Keliang (Clay) Zhu
CA Bar No 178170
Andre Y. Bates
CA Bar No 305509
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
7901 Stoneridge Drive #208
Pleasanton, CA 94588
925-399-6702 (no fax number)
czhu@dehengsv.com
aybates@dehengsv.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on July 29, 2025, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

                                                */s/ Keith Ingram*
                                                BRIAN KEITH INGRAM
                                                Special Counsel