## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| PENG WANG, QINLIN LI, and YISI WANG,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, Attorney General of Texas, in his Official Capacity, only.<br><br>*Defendant*. | Case No. 4:25-cv-3103 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Yisi Wang (only) hereby provides notice of the voluntary dismissal of her claims against Defendant Ken Paxton under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiffs Peng Wang and Qinlin Li will continue the prosecution of this lawsuit on behalf of themselves and the putative class.

August 1, 2025

Respectfully submitted,

s/ Justin Sadowsky
Justin Sadowsky (SDTex 3713277, VA Bar 73382)
*Attorney in charge*
CHINESE AMERICAN LEGAL DEFENSE
ALLIANCE
4250 N. Fairfax Drive #600
Arlington, VA 22203
646-785-9154 (no fax number)
justins@caldausa.org


Keliang (Clay) Zhu* (CA Bar No 178170)
Andre Y. Bates* (CA Bar No 305509)
CHINESE AMERICAN LEGAL DEFENSE
ALLIANCE
7901 Stoneridge Drive #208
Pleasanton, CA 94588
925-399-6702 (no fax number)
czhu@dehengsv.com
aybates@dehengsv.com


*Motion for admission pro hac vice pending

*Attorneys for Yisi Wang*