UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YISI WANG, *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:25-cv-03103 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| KEN PAXTON, | § | |
| Defendant. | § | |

## MINUTE ENTRY

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on August 6, 2025. All parties present by video and represented by counsel.

Counsel for Plaintiff confirmed that Plaintiff Yisi Wang voluntarily dismissed herself from the case. See Dkt 20. Counsel noted that Wang believed that assurances in the briefing of Defendant Ken Paxton established that she faced no threat of prosecution under the challenged law. But counsel stated further that the remaining Plaintiffs believe themselves to be differently situated.

The Court addressed the status of pending motions. The parties confirmed that the briefing as to the motions by Plaintiffs for a preliminary injunction and class certification are ripe for consideration. See Dkts 3 & 4.

As to Defendant's motion to dismiss, Plaintiffs confirmed they intend to file a response. Dkt 17.

Plaintiffs were ORDERED to file their response by August 11, 2025, not to exceed five pages. Defendant may file a short reply of the same length by August 13, 2025.

The Court addressed the schedule for hearing on the pending motions. It was noted that hearing would proceed in person.

A hearing was SET for 10:30 am on August 14, 2025.

SO ORDERED.

Signed on August 6, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge