UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENG WANG, QINLIN LI, and YISI WANG<br><br>*Plaintiffs*,<br><br>vs.<br><br>KEN PAXTON, Attorney General Texas, in his Official Capacity, only.<br><br>*Defendant*. | CIVIL ACTION NO. 4:25-cv-3103<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiff's Motion for Preliminary Injunction. The Court having reviewed the Motion, Response, and applicable law, along with the argument of counsel hereby denies the Motion.

IT IS THEREFORE ORDERED that the Motion for Preliminary Injunction is denied in its entirety.

**SO ORDERED.**

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1