## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| PENG WANG, QINLIN LI, and YISI WANG | CIVIL ACTION NO. 4:25-cv-3103 |
| *Plaintiffs*, | |
| vs. | JUDGE CHARLES ESKRIDGE |
| KEN PAXTON, Attorney General Texas, in his Official Capacity, only. | |
| *Defendant*. | |

### ORDER DENYING MOTION FOR CLASS CERTIFICATION

Before the Court is Plaintiff's Provisional Motion for Class Certification. The Court having reviewed the Motion, Response and applicable law, along with having heard the argument, of counsel, the Court hereby denies the Provisional Motion for Class Certification

IT IS THEREFORE ORDERED that the Motion is DENIED, in all respects.

**SO ORDERED.**

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge