IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENG WANG and QINLIN LI, <br><br> Plaintiffs, <br><br> vs. <br><br> KEN PAXTON, Attorney General of Texas, in his Official Capacity, only. <br><br> Defendants. | **Case No. 4:25-cv-03103** <br><br> **[PROPOSED] ORDER** |

Upon consideration of the Motion of Preliminary Injunction, The Provisional Motion to Certify Class, the Opposition thereto, and the Court's hearing on August 14, 2025, it is hereby ORDERED that the Motion is granted. It is further

ORDERED that the class of all individuals covered by SB17 is provisionally certified with Mr. Wang and Ms. Li as Class Representatives. It is further

ORDERED that SB 17 is unconstitutional in violation on the Supremacy and Equal Protection Clauses. It is further

ORDERED that the Attorney General shall not enforce SB 17 in any way. It is further

ORDERED that the Attorney General's Motion to Dismiss is denied.

SO ORDERED.

Dated: _____

                                               Hon. Charles R. Eskridge III
                                               United States District Judge