UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENG WANG, *et al*, § | CIVIL ACTION NO | |
| Plaintiffs, § | 4:25-cv-03103 | |
| § | | |
| § | | |
| vs.   § | JUDGE CHARLES ESKRIDGE | |
| § | | |
| § | | |
| KEN PAXTON, § | | |
| Defendant.   § | | |

MINUTE ENTRY

Minute entry for MOTION HEARING before Judge Charles Eskridge on August 14, 2025. All parties present and represented by counsel.

The Court addressed the motion by Defendant Ken Paxton to dismiss this action for lack of standing and for failure to state a claim. Dkt 17.

The Court stated intention to grant the motion as to lack of standing for reasons stated on the record. An order supplementing and specifying reasons will be filed separately, with such order anticipated to be entered by August 18, 2025.

The provisional motion by Plaintiffs for class certification and their separate motion for preliminary injunction were taken under advisement, with indication that dismissal for lack of standing would moot their consideration.

The parties were advised to confer as to any provisional, temporary relief that could be agreed as to the effective date of SB 17 to allow for orderly consideration of any appeal. They may file a joint status report as to any such agreed relief, if reached. Such order is without prejudice to a party bringing any appropriate motion individually.

SO ORDERED.

Signed on August 14, 2025, at Houston, Texas.

*[signature: CR Eskridge]*

Hon. Charles Eskridge
United States District Judge