IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENG WANG and QINLIN LI, <br><br> Plaintiffs, <br><br> vs. <br><br> KEN PAXTON, Attorney General of Texas, in his Official Capacity, only. <br><br> Defendants. | Case No. 4:25-cv-03103 <br> **NOTICE OF APPEAL** |

Plaintiffs Peng Wang and Qinlin Li appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment and the denial of a preliminary injunction entered on 08/13/2025 (Dkt. 39).

August 19, 2025                    Respectfully submitted,

s/ Justin Sadowsky
Justin Sadowsky (SDTex 3713277, VA Bar 73382)
*Attorney in charge*
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
4250 N. Fairfax Drive #600
Arlington, VA 22203
646-785-9154 (no fax number)
justins@caldausa.org

Keliang (Clay) Zhu* (CA Bar No 178170)
Andre Y. Bates* (CA Bar No 305509)
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
7901 Stoneridge Drive #208
Pleasanton, CA 94588
925-399-6702 (no fax number)
czhu@dehengsv.com
aybates@dehengsv.com
* pro hac vice
*Attorneys for Plaintiffs*