IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENG WANG and QINLIN LI,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEN PAXTON, Attorney General of Texas,<br>in his Official Capacity, only.<br><br>    Defendants. | Case No. **4:25-cv-03103**<br><br>**[PROPOSED] ORDER** |

   Upon consideration of the Motion for an Injunction Pending Appeal, it is

ORDERED that the Motion is granted. It is further

ORDERED that the class of all individuals covered by SB17 is provisionally certified with Mr. Wang and Ms. Li as Class Representatives. It is further

ORDERED that while on appeal the Attorney General shall not enforce Tex. Prop. Code §§ 5.253(4)(A)-(B).

SO ORDERED.

Dated: _____

                                                    _____
                                                    Hon. Charles R. Eskridge III
                                                    United States District Judge