United States Courts
Southern District of Texas
FILED

August 26, 2025

Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
August 26, 2025
Lyle W. Cayce
Clerk

# United States Court of Appeals for the Fifth Circuit

No. 25-20354

PENG WANG; QINLIN LI,

*Plaintiffs—Appellants,*

*versus*

KEN PAXTON, *in his Official Capacity as Attorney General of Texas,*

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3103

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges.*[1]

PER CURIAM:

IT IS ORDERED that Appellants' opposed emergency motion for injunction pending appeal is addressed as follows: We GRANT a short temporary administrative stay on the statute as to the named plaintiffs only and otherwise CARRY WITH THE CASE the motion for injunction pending appeal for decision by the merits panel. The merits panel, once assigned, has the right to make its decisions, including having the option, if it wishes, of addressing this administrative panel's stay before the statute's

---

[1] This order should not be construed as commenting on the merits of any issue.

No. 25-20354

September 1 effective date by entering some sort of order on the request for a stay pending appeal, with any briefing as designated by that merits panel.[2]

IT IS FURTHER ORDERED that Appellants' opposed emergency motion to expedite the appeal is GRANTED.

---

[2]  Judge Oldham dissents as to this paragraph and would deny any stay but without prejudice to the merits panel's decision.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-20354    Wang v. Paxton
USDC No. 4:25-CV-3103

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Brian Keith Ingram
Mr. Benjamin Wallace Mendelson
Mr. Nathan Ochsner
Mr. William R. Peterson
Mr. Justin Sadowsky

**P.S. to All Counsel:  An expedited briefing schedule will issue under separate cover. Paper copies of all briefs will be due for filing immediately after electronic filing.**