United States Courts
Southern District of Texas
FILED
August 26, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 26, 2025
Lyle W. Cayce
Clerk

No. 25-20354

PENG WANG; QINLIN LI,

*Plaintiffs—Appellants,*

*versus*

KEN PAXTON, *in his Official Capacity as Attorney General of Texas,*

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3103

---

ORDER:

IT IS ORDERED that Appellants' opposed emergency motion for injunction pending appeal is DENIED.

IT IS FURTHER ORDERED that Appellants' motion to certify question to the Texas Supreme Court is carried with the case.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20354  Wang v. Paxton
                  USDC No. 4:25-CV-3103

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Rebecca L. Leto, Deputy Clerk
                  504-310-7703

Mr. Brian Keith Ingram
Mr. Benjamin Wallace Mendelson
Mr. Nathan Ochsner
Mr. William R. Peterson
Mr. Justin Sadowsky